**No. 60961.**—Y. Hata & Company, Ltd., and Shimaya Shoten *v.* United States, protests 194316–K and 236862–K (Honolulu, T. H.).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of sazae similar in all material respects to the commodity involved in *Pacific Mutual Sales Co.* v. *United States* (36 Cust. Ct. 100, C. D. 1758), the claim of the plaintiffs was sustained.

**No. 60962.**—Frank J. Markwalter & Co. *v.* United States, protest 290149–K (New York).

Opinion by Donlon, J. The protest was dismissed.